Order entered November 9, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01123-CV

SHANNON RICHARDSON, Appellant

V.

DERRICK RICHARDSON, Appellee

On Appeal from the 302nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-09-10877

## ORDER

The Court has before it Elizabeth Neve Griffin's November 6, 2012 request for an extension of time to file the reporter's record. The Court **GRANTS** the request. The Court **ORDERS** appellant to identify to Ms. Griffin the dates for which she requests the reporter's record within ten days of the date of this order. The Court **ORDERS** that the reporter's record be filed within forty days of the date of this order.

MOLLY FRANCIS
JUSTICE